**E-Filed: 05.25.10**
**JS - 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY ARD and STEVEN ARD,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC),<br><br>Defendant. | CASE NO. 09-04115 MMM (AJWx)<br><br>JUDGMENT FOR DEFENDANT |

On May 25, 2010, the court granted the defendant's motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and dismissed plaintiff's complaint without leave to amend. Accordingly,

IT IS ORDERED AND ADJUDGED that the action be dismissed for lack of subject matter jurisdiction.

DATED: May 25, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE